FILED

NOV 05 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KEVIN PATRICK FERGUSON, <br><br> Defendant. | CR 16-77-BLG-SPW <br><br> ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Probation (Doc. 72), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is **GRANTED**. Kevin Patrick Ferguson's period of probation is modified to provide for early termination as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 5th day of November, 2019.

SUSAN P. WATTERS
United States District Judge